**No. 09-9195. Alex Rodriguez, Petitioner v. James Walker, Warden.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3556.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9206. Troy Atera Brown, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3658.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 246.

**No. 09-9215. Manuel Angel Collado, Petitioner v. California.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3550.

April 26, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9220. Kenneth Edward Barbour, Petitioner v. Lt. Schlobohm, et al.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3649,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-9222. Joe Alexander Browder, Jr., Petitioner v. Daryle Vingleman, et al.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3501.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9226. Thomas Powers, Petitioner v. Illinois.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3597.

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 392 Ill. App. 3d 1131, 984 N.E.2d 209.

**No. 09-9227. Socrates Ostoposides, Petitioner v. Superior Court of California, Los Angeles County, et al.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3668.

April 26, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9229. Michael L. Wood, Petitioner v. Texas.**

559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3659.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.